IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: March 24, 2010



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05183

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-33538-RJH |
| Peter B. Francis and Jennifer L. Francis<br>    Debtors. | Chapter 7 |
| Desert Schools Federal Credit Union<br>    Movant,<br>vs. | ORDER<br><br>(Related to Docket #21) |
| Peter B. Francis and Jennifer L. Francis, Debtors,<br>David M. Reaves, Trustee.<br><br>    Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 2, 2007 and recorded in the office of the Maricopa County Recorder wherein Desert Schools Federal Credit Union is the current beneficiary and Peter B. Francis and Jennifer L. Francis have an interest in, further described as:

> Unit 26, of SCOTTSDALE TRAILS, according to Declaration of Horizontal Property Regime recorded as 84-170922, amendment recorded in Document No. 85-048373 and Declaration of Annexation recorded in Document Nos. 84-352249, 85-232436, 85-344108, 85-442525, 85-516868, 86-006280, 86-078859, 86-078860, 86-267155, 86-267156, 86-352626 and 86-352627, all of Official Records and according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 265 of Maps, page 50;
>
> TOGETHER WITH an undivided interest in the Common Elements as set forth in said Declaration and Plat and Annexations thereto.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.